NUMBER 13-03-192-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


________________________________________________________________


RAYMOND DONALD BLUM, Appellant,


v.



THE STATE OF TEXAS, Appellee.

________________________________________________________________


On appeal from the 197th District Court 


of Cameron County, Texas.


________________________________________________________________


MEMORANDUM OPINION



Before Justices Rodriguez, Castillo, and Garza


Opinion Per Curiam



 Appellant, RAYMOND DONALD BLUM, perfected an appeal from a judgment
entered by the 197th District Court of Cameron County, Texas, in cause number 00-CR-859-C. Appellant has filed a motion to dismiss the appeal. The motion complies
with Tex. R. App. P. 42.2(a).

 The Court, having considered the documents on file and appellant's motion to
dismiss the appeal, is of the opinion that appellant's motion to dismiss the appeal
should be granted. Appellant's motion to dismiss the appeal is granted, and the appeal
is hereby DISMISSED.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.2(b).

Opinion delivered and filed this

the 30th day of October, 2003.